NATHANIEL FOWLER ET AL., PLAINTIFFS IN ERROR, v
THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the
Supreme Court, see 29 *Vroom* 423.

For the plaintiffs in error, *William D. Daly.*

For the defendant in error, *Charles H. Winfield.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given
by the Supreme Court.

*For affirmance*—THE CHANCELLOR, DEPUE, DIXON, GARRISON, GUMMERE, VAN SYCKEL, BARKALOW, BOGERT, DAYTON, HENDRICKSON, KRUEGER, NIXON.    12.

*For reversal*—None.